IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00599-GPG

DARRELL ALLEN LINK,

    Plaintiff,
v.

UNITED STATES OF AMERICA,
STATE OF TEXAS,
COUNTY OF SHERMAN,
BRANNON DAVES,
BRENDA ACKER,
BRE DOSALES,
KIMBERLY ALLEN,
GRAVES HUMPHRIES STAHL, LTD,
C. CABLE, and
JOHN AND JANE DOES,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Darrell Allen Link, resides in Walsh, Colorado. Mr. Link initiated this action on March 20, 2015, by filing a Verified Complaint (ECF No. 1) that is unintelligible.

On March 30, 2015, Magistrate Judge Gordon P. Gallagher reviewed Mr. Link's filing and determined that it was deficient. (ECF No. 3). Magistrate Judge Gallagher directed Plaintiff to submit a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) on the court-approved forms within thirty (30) days of the March 30, 2015 Order. (*Id.*). Judge Gallagher advised Mr. Link that he could obtain copies of the court-approved forms at www.cod.uscourts.gov. (*Id.*). Magistrate Judge Gallagher warned Plaintiff in the March 30 Order that failure to cure

the deficiencies noted would result in dismissal of this action without further notice. (*Id.*).

Mr. Larsen has now failed to comply with the March 30 Order. Although he filed a document titled "Writ of Error, Writ of Prohibition, Writ of Mandamus" (ECF No. 4), the document does not attempt to comply with the March 30 Order, or request an extension of time to do so. Accordingly, it is

ORDERED that this action is DISMISSED without prejudice pursuant to Rue 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Darrell Allen Link, to comply with the March 30, 2014 Order Directing Plaintiff to Cure Deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Link files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED May 15, 2015, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court